**463-15**

# ELECTRONIC RECORD

COA # 03-14-00313-CR          OFFENSE: 22.02

STYLE: Kirt Allen Esthay a/k/a Kirt Allen Estay a/k/a Kirt Estay v. The State of Texas          COUNTY: Concho

COA DISPOSITION: AFFIRMED          TRIAL COURT: 119th District Court

DATE: 3/31/15          Publish: NO          TC CASE #: DAS-13-01849

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kirt Allen Esthay a/k/a Kirt Allen Estay a/k/a Kirt Estay v. The State of Texas          CCA #: **463-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _11/04/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD